# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAIVONDRE A. QUEENER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0144

[December 11, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Leatha D. Mullins, Judges; L.T. Case No. 472016CF000704.

Daivondre Queener, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***